IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                :    Chapter 13

Rose M. McPherson-Purdie    :    No.  16-14738-AMC

Debtor

ORDER

AND NOW, this __1st__ day of __August__, 2017, it is hereby ORDERED and DECREED that the Motion to Approve Loan Modification is APPROVED and the Debtor is permitted to obtain a loan modification on her property located at 8314 Rugby Street, Philadelphia, PA 19150-2810.

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE