IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| Rose M McPherson | : | No.  16-14738-amc |
| Debtor | | |

O R D E R

AND NOW, this **27th** day of **March**, 2018, it is hereby Ordered that the Wage Order in effect in the above captioned matter be TERMINATED.

_____
HONORABLE ASHELY M CHAN
UNITED STATES BANKRUPTCY JUDGE


cc:

William C Miller, Trustee

David M. Offen, Esquire

Rose M McPherson

Payroll Controller
SEPTA
1234 Market Street
Philadelphia, PA 19107